## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-1493** |
| | : | |
| **PANPHIL REALTY, LLC,** | : | |
| **GREENZANG PROPERTIES III, NEW** | : | |
| **HORIZONS WEST I, LP, 2045** | : | |
| **WALNUT STREET ASSOCIATES,** | : | |
| **LLC, AMCDELANCEY GROUP, INC.,** | : | |
| **BRITTNEY KNOX, ZILLOW GROUP,** | : | |
| **INC., NANXING WEI, ADAM BARSKY** | : | |

## ORDER

**AND NOW**, this 9th day of May 2025, following reassignment (ECF 18) leading to our study of Plaintiff's pro se amended Complaint (ECF 13) which, among other things, seeks injunctive relief without pleading imminent harm, and further mindful Plaintiff moved for preliminary injunctive relief (ECF 9) before filing an amended Complaint (ECF 13) now governing our progress, it is **ORDERED**:

1.      Counsel and all parties are governed by this Court's Policies and Procedures, Electronic Discovery Standing Order, and Protocols for Remote Video Proceedings in effect at the time of the anticipated action found at www.paed.uscourts.gov;

2.      We **DENY:**

        a.  Plaintiff's Motion (ECF 9) for a preliminary injunction filed before the amended Complaint (ECF 13) without prejudice to renew the request upon a showing of imminent harm and likelihood of success on the merits pending a final judgment; and,

        b.  Defendants' Motions (ECF 5, 10) to dismiss filed before Plaintiff's amended Complaint as **moot**.

_____
**KEARNEY, J.**