IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-1493** |
| | : | |
| **PANPHIL REALTY, LLC,** | : | |
| **GREENZANG PROPERTIES III, NEW** | : | |
| **HORIZONS WEST I, LP, 2045** | : | |
| **WALNUT STREET ASSOCIATES,** | : | |
| **LLC, AMCDELANCEY GROUP, INC.,** | : | |
| **BRITTNEY KNOX, ZILLOW GROUP,** | : | |
| **INC., NANXING WEI, ADAM BARSKY** | : | |

# ORDER

**AND NOW**, this 19th day of May 2025, upon considering Defendants New Horizons West I, LP, AMC Delancey Group, Inc., Greenzang Properties III, LLC, 2045 Walnut Street Associates, LLC, Adam Barsky, and Brittney Knox's Motion to dismiss (ECF 17), Plaintiff's pro se Opposition (ECF 20), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT:**

1. Defendants' Motion to dismiss (ECF 17) without prejudice to Plaintiff filing a second amended Complaint with accurate facts and consistent with the governing law by no later than **June 5, 2025** or we will direct the Clerk of Court to dismiss the claims against these Defendants without prejudice to pursue the state law Philadelphia Code claims in state court; and,

2. Defendant Zillow Group, Inc. leave to respond to the amended Complaint (ECF 13) until on or before **June 10, 2025** absent Plaintiff timely filing a second amended Complaint under this Order setting a new response date.

*[signature]*
**KEARNEY, J.**