# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER** | : CIVIL ACTION |
| | : |
| v. | : NO. 25-1493 |
| | : |
| **GREENZANG PROPERTIES III, NEW HORIZONS WEST I, LP, 2045 WALNUT STREET ASSOCIATES, LLC, AMCDELANCEY GROUP, INC., BRITTNEY KNOX, ADAM BARSKY** | : |

## ORDER

**AND NOW**, this 3rd day of June 2025, upon reviewing Plaintiff's second amended Complaint (ECF 25) accepted with leave granted under our May 19, 2025 Order (ECF 22), and for good cause as Plaintiff no longer pursues claims against certain earlier named Defendants, it is **ORDERED** we**:**

    1.    **DISMISS** Panphil Realty, LLC, Nanxing Wei "Nancy", and Zillow Group, Inc; and,

    2.    **AMEND** the caption as above.

**KEARNEY, J.**