IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br>　　　　　　　　Plaintiff<br>　　v.<br>**Greenzang Properties, LLC et al.,**<br>　　　　　　　　Defendants | Case No: 2:25-cv-01493-RBS<br><br>REC'D JUN - 9 2025 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gordon Roy Parker, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Plaintiff is no longer physically capable of litigating this matter.

This the 9th day of June, 2025

*[signature]*

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA  19107
gordonroyparker@gmail.com
(215) 951-4131

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,** <br> Plaintiff <br> v. <br> **Greenzang Properties, LLC et al.,** <br> Defendants | Case No: 2:25-cv-01493-RBS |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby attest that I have served a copy of the foregoing **Notice Of Voluntary Dismissal,** on the following parties, by **regular mail or hand delivery:**

Adam Barsky, Esq.
KBK Law Group
100 South Broad Street, # 1208
Philadelphia, PA  19102
*Attorney For All Defendants:*
 AMC Delancey
 Greenzang Properties
 New Horizons West
 Brittney Knox

This the 9th day of June, 2025

*[signature]*

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA  19107
gordonroyparker@gmail.com
(215) 951-4131