IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER | : CIVIL ACTION |
| | : |
| v. | : NO. 25-1493 |
| | : |
| GREENZANG PROPERTIES III, NEW HORIZONS WEST I, LP, 2045 WALNUT STREET ASSOCIATES, LLC, AMCDELANCEY GROUP, INC., BRITTNEY KNOX, ADAM BARSKY | : : : : |

## ORDER

AND NOW, this 10th day of June 2025, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF 27), it is **ORDERED**:

1. This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.